IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 83-cv-02388-WYD (Consolidated with Civ. Action No. 86-cv-1675-WYD)

STATE OF COLORADO,

      Plaintiff,

      v.

ASARCO INCORPORATED, et al.,

      Defendants and Third-Party Plaintiffs,

      v.

LEADVILLE CORPORATION, et al.,

      Third Party Defendants,

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

APACHE ENERGY AND MINERALS
COMPANY, et al.,

      Defendants.

---

## ORDER REOPENING CASE

---

THIS MATTER having come before the Court upon the Unopposed Motion of

Plaintiffs the United States of America and the State of Colorado (the "Governments") pursuant to D.C.COLO.LCivR 41.2 requesting that the Court reopen this case now under administrative closure (docket #259), and the Governments having lodged a proposed Modification of 1994 Consent Decree Affecting Operable Unit 9 and represented that they expect to lodge more settlements concluding remaining claims in this case now under administrative closure,

THE COURT HEREBY ORDERS that this case shall be reopened for good cause for the purpose of the considering whether to approve the proposed Modification of 1994 Consent Decree Affecting Operable Unit 9 lodged with the Court, and any future settlements to be lodged with the Court which may resolve remaining claims in this case that were reserved in prior consent decrees.

Dated: March 13, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge