IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 83-cv-02388-WYD (Consolidated with Civ. Action No. 86-cv-1675-WYD)

STATE OF COLORADO,

    Plaintiff,

    v.

ASARCO INCORPORATED, et al.,

    Defendants and Third-Party Plaintiffs,

    v.

LEADVILLE CORPORATION, et al.,

    Third Party Defendants,

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

APACHE ENERGY AND MINERALS
COMPANY, et al.,

    Defendants.

---

## **ORDER**

THIS MATTER comes before the Court on the Plaintiff State of Colorado's

Motion to Withdraw Counsel (docket #268), filed March 31, 2008. After carefully considering the motion, I find that good cause is shown, and the motion should be granted. Accordingly, it is

ORDERED that the Plaintiff State of Colorado's Motion to Withdraw Counsel (docket #268) is **GRANTED** and Janice Laurie Burnett, Mary Therese Capdeville, and Robert A. Hykan are permitted to withdraw form this case as counsel of record for the Plaintiff.

Dated: April 4, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge