IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 83-cv-2388-WYD (Consolidated with Civ. Action No. 86-cv-1675-WYD)

STATE OF COLORADO,

    Plaintiff,

    v.

ASARCO INCORPORATED, et al.,

    Defendants and Third-Party Plaintiffs,

    v.

LEADVILLE CORPORATION, et al.,

    Third Party Defendants,

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

APACHE ENERGY AND MINERALS
COMPANY, et al.,

    Defendants.

---

**ORDER GRANTING JOINT MOTION FOR ENTRY AND APPROVAL OF THE MODIFICATION OF 1994 CONSENT DECREE AFFECTING OPERABLE UNIT 9**

    THIS MATTER is before the Court on the Joint Motion For Entry and Approval of the Modification of 1994 Consent Decree Affecting Operable Unit 9 (docket #272), filed April 25, 2008 by the United States and the State of Colorado. The Court, having

considered the motion and being fully advised in the premises, finds that the Consent Decree is fair, reasonable and consistent with the purposes of the Comprehensive Environmental Response, Compensation, and Liability Act for the reasons set forth in the motion.  Accordingly, it is

ORDERED that the Joint Motion to Enter the Modification of the 1994 Consent Decree Affecting Operable Unit 9 (docket #272) is **GRANTED**.  The Modification of 1994 Consent Decree, which was lodged with this Court on March 11, 2008 (Docket 260-2), is approved and deemed to be entered on the date of this Order.  It is further

ORDERED that this matter is to remain open pending lodging and approval of additional and final consent decree modifications concluding this case.

Dated:  May 1, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge