IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 83-cv-02388-WYD
(Consolidated with Civil Action No. 86-cv-1675-WYD)

STATE OF COLORADO,

    Plaintiff,

    v.

ASARCO INCORPORATED, et al.,

    Defendants and Third-Party Plaintiffs,

    v.

LEADVILLE CORPORATION, et al.,

    Third Party Defendants,

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

APACHE ENERGY AND MINERALS
COMPANY, et al.,

    Defendants.

**ORDER GRANTING UNOPPOSED JOINT MOTION
FOR ENTRY AND APPROVAL OF FINAL CONSENT DECREES**

THIS MATTER is before the Court on the Unopposed Joint Motion for Entry and Approval of the Final Consent Decrees, filed by the United States and the State of Colorado (docket #282). The Court, having considered the motion and being fully

advised in the premises, finds that the Final Consent Decrees are fair, reasonable and consistent with the purposes of the Comprehensive Environmental Response, Compensation, and Liability Act for the reasons set forth in the motion.  Accordingly, it is

ORDERED that the Unopposed Joint Motion for Entry and Approval of the Final Consent Decrees (docket #282) is **GRANTED**.  The Final ASARCO Decree, which was lodged with this Court on July 2, 2008 (Attached to docket #277), is approved and deemed to be entered on the date of this Order.  The Final Newmont Decree, which was lodged with this Court on July 2, 2008 (Attached to docket #278), is approved and deemed to be entered on the date of this Order.  It is further

ORDERED that this action is hereby **DISMISSED WITHOUT PREJUDICE**; provided, however, that nothing herein shall affect the terms of the Final Consent Decrees entered this day and that this Court retains jurisdiction to enforce the terms of the Final Consent Decrees and the Modification of 1994 Consent Decree Affecting Operable Unit 9, entered by this Court on May 1, 2008 (docket #273).

Dated:  August 29, 2008

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge